THE UNITED STATES, APPELLANTS, _v._ CLAUDE CHANA, WILLIAM MARTIN, THOMAS P TURNER, AND ALBERT ROWE.

The decision of this court in the cases of United States _v._ Nye, 21 Howard, 408, and United States _v._ Rose, 23 Howard, 262, again affirmed; and as the testimony in the present case is similar to that offered in the above cases, the judgment of the District Court in favor of the claimant is reversed.

THIS was an appeal from the District Court of the United States for the northern district of California.

The claim was based upon Sutter's general title, which has been explained in some of the preceding volumes of these Reports.

It was submitted on printed argument by _Mr. Black_ (Attorney General) for the United States, no counsel appearing for the appellees.  It appears to have been confirmed by the court below before they knew the decision of this court with regard to Sutter's general title.

Mr. Justice CAMPBELL delivered the opinion of the court.

The appellees presented their claim before the board of commissioners for the settlement of land claims in California for a tract of land, consisting of four leagues, on the south side of Bear creek, in Yuba county, under a grant to Theodore Sicard by Micheltorena, Governor of the Department of California.

The testimony to sustain the claim is similar to that offered in the cases of United States _v._ Nye, 21 How., 408, and United States _v._ Rose, 23 How., 262.  In these cases it was determined that the testimony was not sufficient to support the

claims. This case must follow the same course that was assumed in those.

Judgment of the District Court reversed, and petition dismissed.